912

M. P. No. 74-325. STATE v. LEONARD JEFFERSON. The Attorney General is directed to file answer to the motion for release on bail pending appeal pursuant to Rule 9 and therein to *show cause*, if any, why the motion should not be granted, said answer to be made in compliance with the provisions of Rule 14. Motion to assign matter for hearing on December 20, 1974 is denied. *Richard J. Israel,* Attorney General, for plaintiff-respondent. *Walter R. Stone,* Asst. Public Defender, for defendant-petitioner.

C. A. No. 73-299. STATE v. ROBERT MARQUIS. Motion of defendant to remand is granted, and the matter is remanded to the Superior Court with direction that said court hold an evidentiary hearing on and decide the issues of adequacy and effectiveness of counsel. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Allegra E. Munson,* Asst. Public Defender, for defendant.

APPEAL No. 74-245. NELSON CONSTRUCTION Co., INC. v. ROSE COTTAGE NURSING HOME, INC. Motion of appellee to dismiss appeal is denied. *Thomas W. Pearlman,* for plaintiff-appellee. *Moses Kando,* for defendant-appellant.